No. 68, Misc.  EX PARTE DECLOUX;
No. 70, Misc.  EX PARTE GLASS; and

No. 73, Misc.   Ex parte Lee.   December 9, 1946.   The applications are denied.